IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:12-cr-54-WHA |
| | ) | |
| LATITHIA MICHELLE STINSON | ) | |

O R D E R

Upon consideration of the Motion to Dismiss the Indictment, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted and the Indictment is DISMISSED.

DONE this 10th day of August, 2012.

    /s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE